THE PEOPLE OF THE STATE OF NEW YORK ex rel. LLOYD BRIGGS, Appellant, v DEPARTMENT OF CORRECTIONAL SERVICES, Respondent. [890 NYS2d 833]—

Present—Scudder, P.J., Centra, Fahey, Carni and Pine, JJ.